FILED

08/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0637

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court No. DA 18-0637

STATE OF MONTANA

      Plaintiff and Appellee,

v.

MARK MENDOZA

      Defendant and Appellant.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 25, 2020 to prepare, file and serve the Appellant's reply brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 19 2020